**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA,

       Plaintiff,

vs.                               No. CR 08-2936 JB

JAMES GRIEGO,

       Defendant.

**<u>MEMORANDUM OPINION AND ORDER</u>**

**THIS MATTER** comes before the Court on the parties' *Sealed* Joint Objections to Presentence Investigation Report, filed April 26, 2012 (Doc. 510). The parties filed this document ex parte, and the objections were thus not provided to the United States Probation Office ("USPO"). This procedure has hindered the USPO from preparing a formal addendum, responding to the objections, and advising the Court how to deal with the objections. The Court orders the parties to provide the objections to the USPO. The USPO will prepare a formal addendum. If the parties still object, they must thoroughly brief their objections for the Court, fully and specifically advising the Court why their review of the evidence reaches a different result from what the USPO concludes. All evidence and arguments in support of their objections must be provided to the Court before the hearing.

Assistant United States Attorney Joel Meyers is requested to show this order, his objections, and the Presentence Investigation Report to United States Attorney Kenneth J. Gonzales and Assistant United States Attorney James Braun.

_____
UNITED STATES DISTRICT JUDGE

*Counsel*:

Kenneth J.  Gonzales
  United States Attorney
Reeve L. Swainston
Joel R. Meyers
Cynthia L. Weisman
  Assistant United States Attorneys
Albuquerque, New Mexico

*Attorneys for the Plaintiff*

D. Eric Hannum
Albuquerque, New Mexico

*Attorney for the Defendant*